# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORENA SANDOVAL, individually and as successor-in-interest to OSCAR SANDOVAL, DECEDENT; ISABEL SANDOVAL, a minor by her Guardian Ad Litem LORENA SANDOVAL,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF LOS ANGELES; LOS ANGELES POLICE DEPARTMENT; POLICE CHIEF MICHAEL MOORE, POLICE OFFICER MATT MATZKIN; POLICE OFFICER STEVE NORRIS; POLICE OFFICER PETER TULAGAN; POLICE OFFICER ALVARADO CARLOS; and DOES 1-100, Inclusive,<br><br>Defendants. | CASE NO. CV18-10715-GW-(PLAx)<br>*Hon. George H. Wu, Ctrm. 9D, 9th Fl.*<br>*Mag. Paul L. Abrams, Ctrm. 780, 7$^{h}$ Fl.-Roybal*<br><br>**ORDER RE STIPULATED PROTECTIVE ORDER** |

Having considered the papers, and finding that good cause exists, the Parties' Stipulated Protective Order is **granted**.

**IT IS SO ORDERED.**

Dated: 12/11/2019

*Paul L. Abrams*

**PAUL L. ABRAMS**
**UNITED STATES MAGISTRATE JUDGE**

1