**MICHAEL N. FEUER,** City Attorney
**KATHLEEN A. KENEALY,** Chief Assist. City Attorney – SBN 212289
**SCOTT MARCUS**, Chief Civil Litigation Branch –SBN 184980
**CORY M. BRENTE,** Senior Assistant City Attorney – SBN 115453
**LISA W. LEE,** Deputy City Attorney – SBN 186495
200 North Main Street, 6th Floor, City Hall East
Los Angeles, CA 90012
Phone No.: (213) 978-7032
Fax No.:    (213) 978-8785
Email: lisa.lee@lacity.org

Attorneys for Defendants, **CITY OF LOS ANGELES, LOS ANGELES POLICE DEPARTMENT**, **STEVE NORRIS,** and **ALVARO CARLOS**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORENA SANDOVAL, individually and as successor-in-interest to OSCAR SANDOVAL, DECEDENT; ISABEL SANDOVAL, a minor by her Guardian Ad Litem LORENA SANDOVAL<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF LOS ANGELES; LOS ANGELES POLICE DEPARTMENT; POLICE CHIEF MICHAEL MOORE, POLICE OFFICER MATT MATZKIN; POLICE OFFICER STEVE NORRIS; POLICE OFFICER PETER TULAGAN; POLICE OFFICER ALVARADO CARLOS; and DOES 1-100, Inclusive,<br><br>Defendants. | **CASE NO. CV18-10715-GW-(PLAx)**<br>*Hon. George H. Wu, Ctrm. 9D, 9th Fl.*<br>*Mag. Paul L. Abrams, Ctrm. 780, 7h Fl.-Roybal*<br><br>**DEFENDANT ALVARO CARLOS' CERTIFICATE OF INTERESTED PARTIES** |

The undersigned attorney of record for Defendant **ALVARO CARLOS** certifies that the following listed parties have a direct, pecuniary interest in the outcome of the case.

/ / /

/ / /

1

1     LORENA SANDOVAL, individually and as successor-in-interest to

2     OSCAR SANDOVAL, DECEDENT-Plaintiff

3     ISABELL SANDOVAL, a minor by her Guardian Ad Litem LORENA

4     SANDOVAL, Plaintiff

5     CITY OF LOS ANGELES-Defendant

6     LOS ANGELES POLICE DEPARMENT – Defendant

7     POLICE CHIEF MICHAEL MOORE- Defendant

8     POLICE OFFICER MATT MATZKIN- Defendant

9     POLICE OFFICER STEVE NORRIS- Defendant

10    POLICE OFFICER PETER TULAGAN- Defendant

11    POLICE OFFICER ALVARADO CARLOS- Defendant

13    These representations are made to enable the Court to evaluate

14    disqualification or recusal.

16 Dated: January 2, 2020     **MICHAEL N. FEUER,** City Attorney
**KATHLEEN A. KENEALY,** Chief Assist. City Attorney
**SCOTT MARCUS**, Chief Civil Litigation Branch
**CORY M. BRENTE,** Sr. Assist. City Attorney

By:     /S/ *Lisa W. Lee*
       **LISA W. LEE**, Deputy City Attorney
Attorneys for Defendants, **CITY OF LOS ANGELES, LOS ANGELES POLICE DEPARTMENT, STEVE NORRIS** and **ALVARO CARLOS**

2