UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORENA SANDOVAL, et al.,<br><br>                Plaintiffs,<br><br>   v.<br><br>CITY OF LOS ANGELES, et al.<br><br>                Defendants. | Case No. 2:18-cv-10715-FLA (PLAx)<br><br>**ORDER TO SHOW CAUSE WHY THE COURT SHOULD NOT DISMISS THIS ACTION DUE TO SETTLEMENT** |

      In light of the Mediation Report stating filed in this action stating the case has fully settled (Dkt. 62), the court ORDERS the parties to submit a joint status report regarding settlement within sixty (60) days of this Order. The court further ORDERS the parties to Show Cause ("OSC") on October 29, 2021 at 1:30 p.m. in Courtroom 6B why the court should not dismiss this action due to the parties' settlement. The filing of a stipulation of dismissal with prejudice pursuant to Fed. R. Civ. P. 41 shall constitute a sufficient response to, and will discharge, this OSC.

The final pretrial conference and trial dates are hereby VACATED.

All pending requests and motions are DENIED as moot.  Should the parties fail to settle this action, all requests and motions must be re-filed.

IT IS SO ORDERED.

Dated: August 13, 2021

_____
FERNANDO L. AENLLE-ROCHA
United States District Judge